State Court of Fulton County
**E-FILED**
25EV010668
10/15/2025 12:06 AM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

THE LAW OFFICE OF MICHAEL P.    }
CARESTIA, LLC    }
       }    **CIVIL ACTION**
      **Plaintiff,**    }    **FILE NO.: _____**
**vs.**    }
       }    **(SERVED WITH DISCOVERY)**
**SCION STAFFING, LLC**    }
       }
      **Defendant.**    }    **JURY TRIAL DEMANDED**

## <u>COMPLAINT</u>

**COMES NOW**, Plaintiff "The Law Office of Michael P. Carestia, LLC" (hereinafter "Plaintiff") and brings this Complaint against Scion Staffing, LLC (hereinafter "Defendant") and shows the Court the following:

### 1.

Plaintiff is a law firm located in Atlanta, Georgia, who contacted Defendant as it needed a temporary paralegal with the hope that the individual placed would turn into a full-time litigation paralegal.

### 2.

Defendant is a foreign corporation doing business in Georgia which does not list a registered agent to serve in Georgia therefore may be served with this Complaint by certified mail addressed to its secretary Joshua Steele of the corporation at its principal office which is located at 415 SW 2nd Ave., Portland, OR 97204 pursuant to O.C.G.A. 14-2-504 (2024).

### 3.

Defendant is in the business of providing temporary staffing on a temporary basis with the goal that the individual becomes a full-time employee of the company the individual is placed with.

4.

Defendant provides a variety of companies with individuals with the goal of fulfilling their staffing needs including law firms.

5.

Defendant placed an individual named Kimberly Anderson with Plaintiff's office on a temporary basis with the goal of having Kimberly Anderson become a full-time employee at Plaintiff's law firm.

6.

In the written contract (hereinafter "the Contract") with Defendant, Kimberly Anderson (along with all other potential candidates placed by Defendant) was considered an "employee" of Defendant. (See "the Contract" attached hereto as Exhibit 1).

7.

At all times that Kimberly Anderson worked at Plaintiff's office, she was considered an employee of Defendant. (See Exhibit 1).

8.

As part of the Contract, Defendant agreed to furnish upon request, the background information and report of an employee placed at Plaintiff's location by Defendant, which, when requested by Plaintiff on the first two occasions, Defendant failed to do so. (See Exhibit 2).

9.

After finally receiving the background check of Kimberly Anderson and after several months of working in the role of temporary worker status and employee of Defendant, Plaintiff

decided that Kimberly Anderson was not a good fit to become a permanent employee at Plaintiff's office. (See Exhibit 3 – criminal background check of Kimberly Anderson).

10.

Plaintiff alerted Defendant of this fact, and Kimberly Anderson was requested to leave Plaintiff's office with the explanation that the transition to full-time employee would not be coming forthright.

11.

Defendant was aware based on its knowledge of Kimberly Anderson's background which evidenced numerous criminal violations that she would not be conducive to being an employee to work in a law firm with this knowledge known or should have been known by Defendant which is a professional staffing agency.

## PART I NEGLIGENCE

12.

Plaintiff hereby incorporates Paragraphs 1-11 of this Complaint as if pled herein.

13.

Defendant was negligent in providing an individual known to have such an extensive criminal background to a client, especially a law firm, where privileged documentation is contained and highly sensitive material is stored.

14.

Plaintiff has informed Defendant that since leaving Plaintiff's office Kimberly Anderson has engaged in the following conduct:

1.      Kimberly Anderson has bribed that if she did not get a bonus from Plaintiff's office (which was only eligible to full time employees), that she would go to the Georgia Bar (and confirmed that she went to the Georgia Bar) and spoke to them about an ongoing investigation against the owner/attorney of Plaintiff's office.  (See Exhibit 4).

2.      Kimberly Anderson has attempted to interfere with Plaintiff's clients, culminating in even attending the jail where one of Plaintiff's clients was being held when she had absolutely no legal right to do so. (See Exhibit 4).

3.      Kimberly Anderson has harassed and even gone to the length of removing law firm property owned by Plaintiff from its office.  (See Exhibit 5)

## COUNT II - RESPONDENT SUPERIOR

15.

Plaintiff hereby incorporates Paragraphs 1-14 of this Complaint as if pled herein.

16.

Defendant is responsible for the actions of its "employees" while in the course and scope of their employment for a company.

17.

Defendant knew or should have known therefore Defendant was on notice that its employee Kimberly Anderson's actions listed in her criminal background, above would occur based on Kimberly Anderson's background would likely occur if she was rejected by Plaintiff in becoming a full-time employee at Plaintiff's law firm, as Defendant.

**DAMAGES**

18.

Plaintiff hereby incorporates Paragraphs 1-17 of this Complaint as if pled herein.

19.

Kimberly Anderson has used information and stolen documentation which is privileged while working at Defendant's law firm in meetings with the Georgia State Bar.

20.

Kimberly Anderson has committed bribery of Plaintiff by threatening to go to the Georgia Bar and did go to the Bar disclosing confidential information which as a non-employee she had no right to be privy to.

21.

Any repercussions from the Bar that stem from Kimberly Anderson speaking to the Bar will be the responsibility of Defendant.

22.

Kimberly Anderson stealing privileged documentation out of Plaintiff's law firm without permission constitutes theft of material that is covered by the attorney-client privilege, as well as attorney work product, and is a breach of security for which Defendant will be responsible in paying damages for.

23.

Any misconduct that Kimberly Anderson performed after Plaintiff did not hire her as a full-time employee will be the responsibility of Defendant, as it knew or should have known Kimberly Anderson foreseeably would act in such a way.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiffs respectfully request trial by jury before this Honorable Court and to enter a judgment in favor of Plaintiffs for the following relief:

1.  That Defendant be found liable for carelessness, negligence, and negligence *per se.*

2.  That Plaintiffs be awarded an amount of their special damages and general damages and any other damages the jury sees fit.

3.  That Plaintiffs be awarded all additional relief that this Honorable Court deems just, proper, and reasonable in this action.

This 14th day of October, 2025.

Respectfully Submitted,

**THE LAW OFFICE OF
MICHAEL P. CARESTIA, LLC**

/s/ *Michael P. Carestia*
Michael P. Carestia, Esq.
Georgia State Bar No. 109229
**Attorney for Plaintiffs**

3500 Lenox Road NE
Suite 1500
Atlanta, GA  30326
Telephone: (404) 844-2799
Facsimile: (404) 844-2796
Email: mpc@carestialaw.com

State Court of Fulton County
**E-FILED**
25EV010668
10/15/2025 12:06 AM
Donald Talley, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE #: _____

THE LAW FIRM OF MICHAEL P. CARESTIA, LLC
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

SCION STAFFING, LLC
415 SW 2nd Ave
Portland        OR        97204

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: The Law Office of Michael P. Carestia, LLC

Address: 3500 Lenox Road, Ste. 1500

City, State, Zip Code: Atlanta, Georgia 30326        Phone No.: 404-844-2799

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

*SERVICE INFORMATION:*

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
25EV010668
10/24/2025 3:35 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA

**THE LAW FIRM OF MICHAEL P CARESTIA LLC**

Plaintiff/Petitioner

vs.

**Scion Staffing LLC**

Defendant/Respondent

Case No.: **25EV010668**

AFFIDAVIT OF SERVICE OF
**Complaint; Summons; CASE FILING INFORMATION FORM**

Received by **Caspar Dennehy**, on the 23rd day of October, 2025 at 12:16 PM to be served upon **Scion Staffing LLC** at **415 SW 2nd Ave, Portland, Multnomah County, OR 97204.**
On the 23rd day of October, 2025 at 1:30 PM, I, Caspar Dennehy, SERVED Scion Staffing LLC at **415 SW 2nd Ave, Portland, Multnomah County, OR 97204** in the manner indicated below:

**CORPORATE SERVICE,** by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Lucas Allen**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Lucas Allen who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**

Service Fee Total: **$95.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME:  _Caspar Dennehy_                                           _10/23/25_
Caspar Dennehy                          Server ID #                      Date

Notary Public: Subscribed and sworn before me on this _23rd_ day of _October_ in the year of 20_25_
Personally known to me _____ or ___✓___ identified by the following document: _ORDL IC_

_____
Notary Public (Legal Signature)

OFFICIAL STAMP
**ELIJAH OTERO**
NOTARY PUBLIC - OREGON
COMMISSION NO. 1052351
MY COMMISSION EXPIRES OCTOBER 01, 2026

Page 1 of 1

REF: **25EV010668**

State Court of Fulton County
**E-FILED**
25EV010668
10/13/2025 12:06 AM
Donald Talley, Clerk
Civil Division

# General Civil and Domestic Relations Case Filing Instructions

1. Provide the class of court and county in which the case is being filed.
2. Provide the plaintiff's and defendant's names.
3. Provide the plaintiff's attorney's name and State Bar number. If you are representing yourself, provide your own name and check the self-represented box.
4. Provide the primary type of case by checking only *one* appropriate box. Cases can be either general civil or domestic relations and only *one* type of primary case within those categories. Check the case type that most accurately describes the primary case. If applicable, check one sub-type under the primary case type. If you are making more than one type of claim, check the case type that involves the largest amount of damages or the one you consider most important. See below for definitions of each case type.
5. Provide an answer to the four questions by checking the appropriate boxes and/or filling in the appropriate lines.

## Case Type Definitions

### General Civil Cases

**Automobile Tort**: Any tort case involving personal injury, property damage, or wrongful death resulting from alleged negligent operation of a motor vehicle.

**Civil Appeal**: Any case disputing the finding of a limited jurisdiction trial court, department, or administrative agency.

**Contempt/Modification/Other Post-Judgment**: Any case alleging failure to comply with a previously existing court order, seeking to change the terms of a previously existing court order, or any other post-judgment activity in a general civil case.

**Contract**: Any case involving a dispute over an agreement between two or more parties.

**Garnishment**: Any case where, after a monetary judgment, a third party who has money or other property belonging to the defendant is required to turn over such money or property to the court.

**General Tort**: Any tort case that is not defined or is not attributable to one of the other types of torts listed.

**Habeas Corpus**: Any case designed to review the legality of the detention or imprisonment of an individual, but not the question of his or her guilt or innocence.

**Injunction/Mandamus/Other Writ**: Cases involving a written court order directing a specific person to perform or refrain from performing a specific act.

**Landlord/Tenant**: Any case involving a landlord/tenant dispute if the landlord removed a tenant and his or her property from the premises or placed a lien on the tenant's property to repay a debt.

**Medical Malpractice Tort**: Any tort case that alleges misconduct or negligence by a person in the medical profession acting in a professional capacity, such as doctors, nurses, physician's assistants, dentists, etc.

**Product Liability Tort**: Any tort case that alleges an injury to a person was caused by the manufacturer or seller of an article due to a defect in, or the condition of, the article sold or an alleged breach of duty to provide suitable instructions to prevent injury.

**Real Property**: Any case involving disputes over the ownership, use, boundaries, or value of land.

**Restraining Petition**: Any petition for a restraining order that does not result from a domestic altercation or is not between parties in a domestic relationship.

**Other General Civil**: Any case that does not fit into one of the other defined case categories in which a plaintiff is requesting the enforcement or protection of a right or the redress or prevention of a wrong.

### Domestic Relations Cases

**Adoption**: Cases involving a request for the establishment of a new and permanent parent-child relationship between persons not biologically parent and child.

**Contempt**: Any case alleging failure to comply with a previously existing court order. If the contempt action deals with the non-payment of child support, medical support, or alimony, also check the corresponding sub-type box.

**Dissolution/Divorce/Separate Maintenance/Alimony**: Any case involving the dissolution of a marriage or the establishment of alimony or separate maintenance.

**Family Violence Petition**: Any case in which a protective order from a family member or domestic partner is requested.

**Modification**: Any case seeking to change the terms of a previously existing court order. If the modification deals with custody, parenting time, or visitation, also check the corresponding sub-type box.

**Paternity/Legitimation**: Cases involving establishment of the identity and/or responsibilities of the father of a minor child or a determination of biological offspring.

**Support – IV-D**: Cases filed by the Georgia Department of Human Services to request maintenance of a minor child by a person who is required under Title IV-D of the Social Security Act of 1973 (42 USC §§ 651-669b) to provide such maintenance.

**Support – Private (non-IV-D)**: Cases filed to request maintenance of a parent/guardian or a minor child by a person who is required by a law other than Title IV-D of the Social Security Act of 1973 (42 USC §§ 651-669b) to provide such maintenance.

**Other Domestic Relations**: Domestic relations cases that do not adequately fit into any of the other case types, including name changes.

**Please note:** This form is for statistical purposes only. It shall have no legal effect in a case. The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or court rules. Information on this form will not be entered into evidence.

**General Civil and Domestic Relations Case Filing Information Form**

State Court of Fulton County
**E-FILED**
25EV010668
10/15/2025 12:06 AM
Donald Talley, Clerk
Civil Division

☐ Superior or ☒ State Court of _____Fulton_____ County

| For Clerk Use Only |
|---|
| **Date Filed** _____   **Case Number** _____ |
| **MM-DD-YYYY** |

**Plaintiff(s)**

The Law Office of Michael P Carestia LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Scion Staffing LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Michael P. Carestia, Esq.    **State Bar Number** 109229    **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
**Case Number**                      **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____    **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20